# Louchheim *v.* Richmond Mutual Building and Loan Association (No. 2).

*Building and loan associations—Payment of money to secretary.*

A provision in the by-laws of a building and loan association that the secretary shall attend all meetings of the directors, and shall receive all moneys due the association, does not prevent the secretary from receiving moneys at other times and places, thereby binding the association.

Argued Dec. 12, 1900.   Appeal, No. 229, Oct. T., 1900, by defendant, from judgment of C. P. No. 1, Phila. Co., Sept. T., 1900, No. 206, making absolute a rule for judgment for want of a sufficient affidavit of defense, in case of Harry F. Louchheim v. Richmond Mutual Building & Loan Association.   Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ.   Affirmed.

Rule for judgment for want of a sufficient affidavit of defense.

The facts appear by the report of Louchhiem v. Richmond Mutual Building & Loan Association, ante, p. 33.

*Error assigned* was the order of the court.

*E. O. Michener,* for appellant.

*Samuel K. Louchheim,* with him *V. Gilpin Robinson* and *John G. Johnson,* for appellee.

OPINION BY BEAVER, J., January 22, 1901:

The claim of the plaintiff in this case was for the withdrawal value of ten shares of the capital stock of the defendant association subscribed for by him, upon which he had paid fifteen months' dues, with interest from the date of demand of its withdrawal value, namely, July 9, 1900.   The other facts in the case and the averments in the affidavit of defense are practically the same as in No. 228, October term, 1900, in which an opinion has just been filed.   What was said in that case fully covers everything involved in this, and the judgment, for the reasons therein stated, is affirmed.